```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


DANIEL R. FIGUEROA,
     Plaintiff,


          v.                              CIVIL ACTION NO.
                                          12-10942-MBB

PAUL BLAZAR, Chief
Executive Officer,
HUDSON POLICE DEPARTMENT,
RICHARD A. BRAGA, Hudson
Chief of Police, P.O. MICHAEL
MCDONALD, P.O. RONALD MACE,
P.O. ROBERT MERRILL, P.O.
CHRISTOPHER SHEA and P.O.
JESSE HAYDEN,
     Defendants.
```

## ORDER

**November 5, 2013**

**BOWLER, U.S.M.J.**

On September 26, 2013, the Deputy Clerk noticed a status conference to take place on October 1, 2013, at 2:30 p.m. The Deputy Clerk mailed a copy of the notice to the address of record of plaintiff Daniel R. Figueroa ("plaintiff"). Plaintiff failed to appear at the conference. This court therefore ordered plaintiff to show cause why this case should not be dismissed for want of prosecution. (Docket Entry # 21). In response to the show cause order, plaintiff explained that he did not receive the notice for the status conference until the day of the conference, October 1, 2013. (Docket Entry # 23). Plaintiff therefore provides a sufficient response to the show cause order to withstand a dismissal for want of prosecution.

This court will conduct a hearing on a motion to dismiss (Docket Entry # 16) on December 17, 2013, at 3:00 p.m.  To date, plaintiff has not filed an opposition to the motion.  The deadline to file an opposition, <u>see</u> LR. 7.1(b)(2), extended by this court to October 22, 2013 (Docket Entry # 21), has passed.  Plaintiff must therefore seek and obtain leave of court to file any opposition.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge